UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

NIKCI BOYD,

    Plaintiff,

v.

LAKES CROSSING HEALTH CENTER, *et al*.,

    Defendants.

Case No. 2:13-cv-01487-LDG (PAL)

**ORDER**

For good cause shown,

THE COURT **ADOPTS** the Report and Recommendation (#8);

THE COURT **ORDERS** that Plaintiff's Application for Leave to Proceed *in forma pauperis* (#7) is DENIED;

THE COURT FURTHER **ORDERS** this matter is CLOSED.

DATED this _9_ day of October, 2015.

_____
Lloyd D. George
United States District Judge